UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| MALCOLM D. RUFF | § | |
| | § | |
| vs. | § | NO:  MO:21-CV-00026-DC |
| | § | |
| SUMMIT FOOD SERVICE, LLC, MIKE | § | |
| GRIFFIS, STEVEN MCNEIL, KITCHEN | § | |
| MANAGER JACKIE HERNANDEZ, | § | |
| KITCHEN COOK JANE DOE | § | |

## FINAL JUDGMENT

On this day the Court entered an Order dismissing Plaintiff's case, for reasons clarified therein. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**, Plaintiff's claims are **DISMISSED WITH PREJUDICE**. However, any pending state law claims, are **DISMISSED WITHOUT PREJUDICE**.

It is lastly **ORDERED** that all other pending motions, if any, are **DENIED AS MOOT**, with the parties to bear their own costs.

It is so **ORDERED**.

**SIGNED this 6th day of September, 2021.**

**DAVID  COUNTS**
**UNITED STATES DISTRICT JUDGE**